Andrea Lovell; AZ Bar No. 019882
alovell@littler.com
Shawn Oller; AZ Bar No. 019233
soller@littler.com
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, AZ  85016
Telephone:     602.474.3600
Facsimile:     602.957.1801

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Chapman,<br><br>     Plaintiff,<br><br>v.<br><br>Prescott Station, Inc., an Arizona Corporation and Robert Gabrick and Linda Gabrick, a married couple,<br><br>     Defendants. | Case No. 3:19-cv-08208-DJH<br><br>**SECOND JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

Plaintiff Robert Chapman and Defendants Prescott Station, Inc., Robert Gabrick and Linda Gabrick, hereby jointly move the Court for approval of their Settlement Agreement (the "Agreement").

As grounds for this motion, the parties jointly state the following:

1. This is an action filed under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, and Arizona state law, in which Chapman seeks recovery for wages allegedly due and owing him. Defendants have denied Chapman's allegations, and dispute his entitlement to the damages he has claimed.

2. Even if Chapman could establish liability, several contested issues of fact and law would need to be litigated and resolved in this matter. In particular, Defendants have asserted that (a) Chapman only worked at Prescott Station for four shifts, (b) Prescott Station paid

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

Chapman his full hourly rate for all hours worked, and (c) any brief delay in payment was due to Chapman's own provision of an incomplete or incorrect mailing address to Prescott Station.

3.   The parties have executed a settlement agreement, pursuant to which the parties have agreed to the dismissal of this action with prejudice.  A copy of the Agreement is attached hereto as Exhibit "A."

4.   A settlement agreement resolving an FLSA claim is subject to court approval. *Hand, et al. v. Dionex Corp.*, No. CV 06-1318-PHX-JAT, 2007 WL 3383601, at *1 (D. Ariz. Nov. 13, 2007); *see also Thornton v. Solutionone Cleaning Concepts, Inc.*, No. CIV F 06-1455 AWI SMS, 2007 WL 210586, at *3 (E.D. Cal. Jan. 26, 2007), citing *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

5.   If a settlement in an FLSA lawsuit reflects a "reasonable compromise over issues," the district court may approve the settlement in order to "promote the policy of encouraging settlement of litigation." *Lynn's*, 679 F.2d at 1354.

6.   The parties have carefully negotiated, in good faith, a settlement of Chapman's claims in order to achieve a fair and reasonable compromise of the disputed issues of fact and law and in order to fully and finally resolve his claims against Defendants.

7.   In addition to the $238.48 amount Prescott Station paid to Chapman as wages for all hours worked (less applicable tax withholdings), Defendants have agreed – for purposes of settlement – to pay Chapman an additional $518.32, which is twice the amount of Chapman's gross wages, in satisfaction of Chapman's disputed claims for liquidated and treble damages.

8.   Further, as part of the settlement of this FLSA action, Defendants have agreed to pay Chapman's attorneys' fees and out-of-pocket costs in the amount of $4481.68 pursuant to 29 U.S.C. § 216(b).  Such fees were negotiated by the parties at arm's length and therefore carry a presumption of reasonableness.  *See In re First Capital Holdings Corp. Financial Products Securities Litigation*, MDL No. 901, 1992 WL 226321, at *4 (C.D. Cal. June 10, 1992), *appeal dismissed*, 33 F.3d 29 (9th Cir. 1994).

9.   Given the Court's Order dated September 23, 2019 (Doc. 17), in which the Court stated it could not "determine the total number of hours worked, the hourly rate, nor the amount

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ  85016
602.474.3600

-2-

of costs incurred in connection with this litigation," and thus could not "use the lodestar method to calculate a reasonable attorney's fee award," the parties have agreed that Plaintiff's counsel may submit a more detailed motion for Court approval of attorney's fees and costs in the amount agreed upon by the parties for the Court's review and approval. Plaintiff's counsel will support the submission with billing records, the applicable retainer agreement, and any other information Plaintiff's counsel believes is relevant to the Court's analysis.

10. Both Chapman and Defendants, through their respective counsel, represent to the Court that the Agreement is fair, equitable, and in compliance with the policies of the FLSA.

11. All parties were represented by competent counsel with experience in this area of the law.

Accordingly, the parties jointly request that the Court review the Agreement and enter an Order approving the Agreement and dismissing this matter with prejudice, with each party to bear his, her or its own fees and costs, except as otherwise expressly provided in the Agreement.

DATED this 3rd day of October, 2019

| s/ Clifford P. Bendau, II (with permission) | s/ Andrea Lovell |
|---|---|
| Clifford P. Bendau, II | Andrea Lovell |
| Christopher J. Bendau | Shawn Oller |
| BENDAU & BENDAU | LITTLER MENDELSON, P.C. |
| P.O. Box 97066 | *Attorneys for Defendants* |
| Phoenix, AZ 85060 | |
| *Attorney for Plaintiff* | |

1  I hereby certify that the content of this document is acceptable to all persons required to sign the document and that authorization to electronically sign this document has been obtained.

2

3

4  *s/ Andrea Lovell*

5

6  I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 3rd day of October, 2019:

7

8

9

10  Clifford P. Bendau, II
Christopher J. Bendau
BENDAU & BENDAU
P.O. Box 97066
Phoenix, AZ 85060
*Attorney for Plaintiff*

11

12

13

14  *s/ Vicky Ramirez*

4841-7832-3368.1 104222.1001

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
A Professional Corporation
Camelback Esplanade
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016
602.474.3600

-4-